No. 914. NEW YORK LIFE INSURANCE Co. *v.* CHAPMAN. May 10, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. James C. Jones, Jr.* for petitioner. *Mr. David Baron* for respondent.

No. 961. CAMERON *v.* GORDON. May 10, 1943. Petition for writ of certiorari to the Court of Appeals, Licking County, Ohio, denied. *Mr. J. R. Fitzgibbon* for petitioner.

No. 846. MAGNUS BECK BREWING Co., INC. *v.* COMMISSIONER OF INTERNAL REVENUE. May 10, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Frank D. Scott* for petitioner. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr.,* and *Messrs. Sewall Key, Samuel H. Levy, Edward First,* and *Valentine Brookes* for respondent.

No. 880. AETNA CASUALTY & SURETY Co. *v.* FIRST CAMDEN NATIONAL BANK & TRUST Co. May 10, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. Joseph W. Henderson* and *George M. Brodhead, Jr.* for petitioner. *Mr. William T. Boyle* for respondent.

No. 788. STANDARD OIL Co. OF KANSAS *v.* UNITED STATES. May 10, 1943. Petition for writ of certiorari to the Court of Claims denied. MR. JUSTICE JACKSON took no part in the consideration or decision of this application. *Mr. J. Gilmer Korner, Jr.* for petitioner. *Solici-*

*tor General Fahy, Assistant Attorney General Samuel O. Clark, Jr.,* and *Messrs. Sewall Key* and *Samuel H. Levy* and *Mrs. Elizabeth B. Davis* for the United States.

No. 897. OSAGE TRIBE OF INDIANS ET AL. *v.* ICKES, SECRETARY OF THE INTERIOR, ET AL. May 10, 1943. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. MR. JUSTICE RUTLEDGE took no part in the consideration or decision of this application. *Messrs. Thomas P. Gore* and *Leslie C. Garnett* for petitioners. *Solicitor General Fahy, Assistant Attorney General Littell,* and *Messrs. Vernon L. Wilkinson* and *Roger P. Marquis* for Harold L. Ickes, Secretary of the Interior; and *Messrs. Roy St. Lewis* and *Peter Q. Nyce* for Tom H. Fraley, County Treasurer,—respondents.

No. 959. J. A. KENNEDY REALTY CORP. ET AL. *v.* NEW YORK CITY. May 10, 1943. Petition for writ of certiorari to the Court of Appeals of New York denied for the reason that application therefor was not made within the time provided by law. § 8 (a), Act of February 13, 1925 (43 Stat. 936, 940), 28 U. S. C., § 350; *Department of Banking* v. *Pink*, 317 U. S. 264. *Mr. Jesse Rothman* for petitioners. *Messrs. Thomas D. Thacher* and *Paxton Blair* for respondent.

No. 752. POLAKOW'S REALTY EXPERTS, INC. *v.* ALABAMA; and

No. 753. STRUMPF *v.* ALABAMA. May 10, 1943. Petition for writs of certiorari to the Supreme Court of Ala-